STATE of Missouri ex rel. Jeremiah
W. (Jay) NIXON, Attorney General,
State of Missouri, Respondent,

v.

James HALL, Appellant.

No. WD 67310.

Missouri Court of Appeals,
Western District.

June 5, 2007.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Paul Harper, Assistant Attorney General,
Jefferson City, MO, for Respondent.

James Hall, Licking, MO, Appellant pro
se.

Before HOWARD, C.J., and ULRICH
and HARDWICK, JJ.

### Order

PER CURIAM.

James Hall appeals the Cole County
Circuit Court's grant of summary judg-
ment in the State's action under the Mis-
souri Incarceration Reimbursement Act
(MIRA). He claims that the trial court
erred when it granted summary judgment
for the State because in so doing it violat-
ed his right to equal protection.

Affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Christopher Bernard HARRIS,
Appellant.

No. WD 67009.

Missouri Court of Appeals,
Western District.

June 5, 2007.

Kent Denzel, Columbia, MO, for appel-
lant.

Shaun J. Mackelprang, Assistant Attor-
ney General, Jefferson City, MO, for re-
spondent.

Before HAROLD L. LOWENSTEIN,
Presiding Judge, JOSEPH M. ELLIS,
Judge and LISA WHITE HARDWICK,
Judge.

### ORDER

PER CURIAM.

Christopher B. Harris appeals from his
conviction by jury of one count of first-
degree murder, § 565.020, asserting that
the evidence was insufficient to establish
that he acted with premeditation. After a
thorough review of the record, we find that
Appellant's conviction was supported by
the evidence. No jurisprudential purpose
would be served by a formal written opin-
ion; however, a memorandum explaining
the reasons for our decision has been pro-
vided to the parties.

Judgment affirmed. Rule 30.25(b).